UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK KUPS, | ) | CASE NO.1:07CV2180 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| WACHOVIA SECURITIES, LLC | ) | ORDER |
| | ) | |
| Defendant. | ) | |

CHRISTOPHER A. BOYKO, J:

This matter is before the Court on Plaintiff's Motion for Preliminary Injunction (ECF #3). On August 10, 2007, the Court held a status conference and instructed Plaintiff to file his Reply brief no later than August 21, 2007 and Plaintiff complied. The Court lacks sufficient time to review and rule on Plaintiff's Motion. Therefore, in the interest of justice, the Court Orders the pending arbitration stayed until the Court has ruled on the Plaintiff's Motion for Preliminary Injunction.

IT IS SO ORDERED.

*Christopher A Boyko*
CHRISTOPHER A. BOYKO
United States District Judge

FILED
SEP 04 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND